IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CARLA ADAMS | § | |
| | § | |
| V. | § | ACTION NO. 4:09-CV-241-Y |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY | § | |

ORDER ADOPTING RECOMMENDATION AND DISMISSING CASE

This case was referred to the magistrate judge. The magistrate judge granted Plaintiff leave to proceed in forma pauperis; however, she has failed to complete and return the appropriate summons forms. On May 27, 2010, the magistrate judge recommended that this Court dismiss this case for failure to timely serve Defendant. *See* FED. R. CIV. P. 4(m). Plaintiff has not responded to the magistrate judge's recommendation. This Court agrees with the recommendation and DISMISSES Plaintiff's claims without prejudice.

SIGNED June 21, 2010.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE